No. 87–739.  BOAT NIAGARA FALLS, INC. *v.* JOIA ET AL. C. A. 1st Cir.  Certiorari denied.

No. 87–740.  BANOS *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 87–743.  CAMINITI ET AL. *v.* BOYLE, COMMISSIONER OF PUBLIC LANDS, ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 87–744.  ARMCO INC. *v.* MARYLAND CASUALTY CO.  C. A. 4th Cir.  Certiorari denied.

No. 87–753.  ROSETTI *v.* AVONDALE SHIPYARDS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 87–754.  COOMBE, DEPUTY COMMISSIONER FOR FACILITY OPERATIONS, NEW YORK DEPARTMENT OF CORRECTIONS *v.* JENKINS.  C. A. 2d Cir.  Certiorari denied.

No. 87–755.  ARCWEL CORP. *v.* SOUTHWEST MARINE, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–762.  EWERS *v.* BOARD OF COUNTY COMMISSIONERS OF COUNTY OF CURRY.  C. A. 10th Cir.  Certiorari denied.

No. 87–763.  ELZEY *v.* ARCHER ET AL.  Ct. App. Ind.  Certiorari denied.

No. 87–766.  CUNNINGHAM ET UX., ADMINISTRATORS OF THE ESTATE OF CUNNINGHAM *v.* INSURANCE COMPANY OF NORTH AMERICA.  Sup. Ct. Pa.  Certiorari denied.

No. 87–772.  IN RE YOUNG.  C. A. 6th Cir.  Certiorari denied.

No. 87–773.  ALLEN ET AL. *v.* BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITIES AND COLLEGES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–776.  TRANSPORTATION COMMUNICATIONS UNION *v.* BALTIMORE & OHIO RAILROAD CO.  C. A. 4th Cir.  Certiorari denied.